1  Mark A. Serlin, CSBN: 122155
   SERLIN & WHITEFORD, LLP
2  813 F Street, 2nd Floor
   Sacramento, CA  95814
3  Telephone:     (916) 446-0790
   Facsimile:     (916) 446–0791
4
   Attorneys for Plaintiffs
5  FRUITX, INC. dba TL IMPORTS

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   FRUITX, INC. dba TL IMPORTS,        )    CASE NO.: CIV.S - 04-2105 WBS KJM
10                                     )
             Plaintiff,                )
11                                     )    **STIPULATION FOR DISMISSAL;**
   vs.                                 )    **ORDER THEREON**
12                                     )
   STEPHEN CRAIG, TURISMO COSTA        )
13 BRAVA, S.A., JACK HADAWAY, EVA      )
   CARRASCO PAREDES,                   )
14                                     )
             Defendants.               )
15 _____ )

16

17       Plaintiff FruitX, Inc. dba TL Imports ("Plaintiffs"), and Defendants Stephen Craig, Turismo

18 Costa Brava, S.A., Jack Hadaway and Eva Carrasco Paredes ("Defendants"), acting by and through

19 their respective counsel of record, hereby stipulate as follows:

20                                   R E C I T A L S

21       A.    Plaintiffs sued Defendant for breach of contract. Defendant filed an answer denying

22 liability.

23       B.    Plaintiffs and Defendant have entered into a written stipulation for entry of judgment

24 ("Stipulation") and are performing under the Stipulation.

25       NOW THEREFORE, Plaintiffs and Defendant hereby agree that the above-captioned should

26 be dismissed without prejudice with the court reserving jurisdiction to enforce the Stipulation.

27 / / /

28 / / /

---

STIPULATION AND ORDER FOR              1.          *CHARLES D. JOLLEY, ET AL. VS. HANDS ON, ETC.*
DISMISSAL                                          Case No: 2:06-CV-01500-WBS-GGH

1  IT IS SO STIPULATED:

2  Dated: February __, 2007                    SERLIN & WHITEFORD, LLP

3

4                              By:    /s/
                                     MARK A. SERLIN
5                                    Attorneys for Plaintiffs
                                     FRUITX, INC. dba TL IMPORTS
6
   Dated: February __, 2007
7

8
                                By:   /s/
9                                     JACK HADAWAY
                                      for Defendants _____
10

11  _____

12                              **ORDER**

13       Having reviewed the foregoing Stipulation, the Court hereby dismisses the above-captioned

14  matter pursuant F.R.C.P. 41, without prejudice and the Court shall retain jurisdiction to enforce the

15  Stipulation.

16  Dated: February 22, 2007

17                              [signature]
                                WILLIAM B. SHUBB
18                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24  G:\DOCS\SHU\DSHU2\inBOX\Signed\04cv2105 Fruitx Stip for Dism.wpd

25

26

27

28

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 813 F Street, 2nd Floor, Sacramento, California 95814.

On _____, 2006 I served the following documents:

I served the document(s) on the person(s) below, as follows (name/address/fax number or e-mail address, if applicable, and time of service, if personal service was used):

Jack Hadaway
2207 Dana Court
South Lake Tahoe, CA 96150

Turismo Costa Brava, S.A.
c/o Jack Hadaway
2207 Dana Court
South Lake Tahoe, CA 96150

The document(s) were served by the following means:

(X)    BY UNITED STATES MAIL. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and:

( )    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(X)    placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: February 23, 2007

LORI V. MILLER